| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| 2 | United States Attorney |
| | ERIC J. CHANG |
| 3 | Special Assistant U.S. Attorney |
| | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
| | (916) 554-2700 |
| 5 | |
| | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:18-cr-00132-AC |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVIS M. GOULD | ) | DATE: October 29, 2018 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Allison Claire |
| | ) | |

The Federal Public Defender's Office through Linda Allison, counsel for defendant Travis M. Gould, and the United States Attorney through its respective counsel Eric Chang, hereby stipulate to continue the status conferences scheduled for October 29, 2018 at 9:00 a.m. until January 7, 2019 at 9:00 a.m.

Mr. Gould requires further time to review discovery, conduct investigation on the facts of the case, and consult with counsel. The parties agree January 7, 2019 represents the best date for a status conference.

Based on the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date, through and including January 7, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(reasonable time to prepare) and General Order 479, Local Code T4.

///

///

///

Stipulation and Order to Continue Status Conference

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| DATE: October 29, 2018 | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Linda C. Allison*<br>LINDA C. ALLISON<br>Assistant Federal Defender<br>Attorney for Travis Gould |
| DATED: October 29, 2018 | | McGREGOR W. SCOTT<br>United States Attorney |
| | | */s/ Eric Chang*<br>Eric Chang<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference is continued to January 7, 2019 at 9:00 a.m. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded from the date of this order through January 7, 2019.

FOUND AND ORDERED this 29th day of October, 2018.

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Continue Status Conference