| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | ERIC J. CHANG |
| | Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | (916) 554-2700 |
| 5 | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  NO. 2:18-cr-00132-AC
                           )
            Plaintiff,     )  **STIPULATION TO CONTINUE STATUS**
                           )  **CONFERENCE**
     v.                    )
                           )
TRAVIS M. GOULD            )  DATE: February 11, 2019
                           )  TIME:    9:00 a.m.
            Defendant.     )  JUDGE: Hon. Allison Claire
                           )

The Federal Public Defender's Office through Linda Allison, counsel for defendant Travis M. Gould, and the United States Attorney through its respective counsel Eric Chang, hereby stipulate to continue the status conference scheduled for February 11, 2019 at 9:00 a.m. to May 7, 2019 at 2:00 p.m. for a Change of Plea.

Mr. Gould requires further time to (1) review discovery, which includes dozens pages of reports relating to mathematical calculations of restitution damages, (2) conduct investigation on the facts of the case, (3) and consult with counsel. The parties agree May 7, 2019 represents the best date for a Change of Plea.

Based on the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date, through and including May 7, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(reasonable time to prepare) and General Order 479, Local Code T4.

///

///

Stipulation and Order to Continue Status Conference
and Set Change of Plea

Respectfully submitted,

DATE: February 11, 2019        HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Linda C. Allison*
                               LINDA C. ALLISON
                               Assistant Federal Defender
                               Attorney for Travis Gould


DATED: February 11, 2019       McGREGOR W. SCOTT
                               United States Attorney

                               */s/ Eric Chang*
                               Eric Chang
                               Special Assistant United States Attorney
                               Attorney for Plaintiff

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference is continued to May 7, 2019 at 2:00 p.m. for a Change of Plea. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded from the date of this order through May 7, 2019.

FOUND AND ORDERED this 11th day of February 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE