| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| 2 | United States Attorney |
| | STEPHEN S. CODY |
| 3 | Special Assistant U.S. Attorney |
| | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
| | (916) 554-2700 |
| 5 | |
| | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:18-cr-00132-AC |
| | ) |
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| | ) **SENTENCING AND RESTITUTION** |
| v. | ) **HEARING** |
| | ) |
| TRAVIS M. GOULD | ) |
| | ) DATE: June 18, 2019 |
| Defendant. | ) TIME: 2:00 p.m. |
| | ) JUDGE: Hon. Allison Claire |

The Federal Public Defender's Office through Linda Allison, counsel for defendant Travis M. Gould, and the United States Attorney through its respective counsel Stephen Cody, hereby stipulate to continue the sentencing and restitution hearing scheduled for June 18, 2019 at 2:00 p.m. until August 19, 2019 at 9:00 a.m.

The parties conducted a site inspection of the federal land impacted by Mr. Gould's mining operation on June 14, 2019 in anticipation of a sentencing and restitution hearing scheduled for June 18, 2019. The parties agreed that Mr. Gould has made significant progress in the removal of discarded property and clean-up of the site. Therefore, the parties seek to continue the sentencing and restitution hearing to give Mr. Gould additional time to remove a shipping container, multiple cars, and other debris from the site and also to provide Mr. Gould time to consult with counsel. The parties agree August 19, 2019 represents the best date for a new sentencing and restitution hearing.

Stipulation and Order to Continue Sentencing and
Restitution Hearing

Based on the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date, through and including August 19, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(reasonable time to prepare) and Local Code T4.

Respectfully submitted,

DATE: June 18, 2019

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Travis Gould

DATED: June 18, 2019

McGREGOR W. SCOTT
United States Attorney

*/s/ Stephen S. Cody*
STEPHEN S. CODY
Special Assistant United States Attorney
Attorney for Plaintiff

# [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED, that the sentencing and restitution hearing is continued to August 19, 2019 at 9:00 a.m. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded from the date of this order through August 19, 2019.

FOUND AND ORDERED this 18th day of June, 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE