McGREGOR W. SCOTT
United States Attorney
STEPHEN S. CODY
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS M. GOULD<br><br>Defendant. | NO. 2:18-cr-00132-AC<br><br>**STIPULATION TO CONTINUE SENTENCING AND RESTITUTION HEARING**<br><br>DATE: August 19, 2019<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Allison Claire |

The Federal Public Defender's Office through Linda Allison, counsel for defendant Travis M. Gould, and the United States Attorney through its respective counsel Stephen Cody, hereby stipulate to continue the sentencing and restitution hearing scheduled for August 19, 2019 at 9:00 a.m. until September 9, 2019 at 9:00 a.m.

Mr. Gould continues to make progress in the removal of discarded property. Therefore, the parties seek to continue the sentencing and restitution hearing to give Mr. Gould additional time to continue his clean-up efforts and to provide Mr. Gould time to consult with counsel. The parties request September 9, 2019 at 9 a.m. as a new date for a sentencing and restitution hearing.

Based on the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date, through and including September 9, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(reasonable time to prepare) and Local Code T4.

Stipulation and Order to Continue Sentencing and
Restitution Hearing

Respectfully submitted,

DATE: August 19, 2019          HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Stephen Cody for Linda C. Allison*
                               LINDA C. ALLISON
                               Assistant Federal Defender
                               Attorney for Travis Gould


DATED: August 19, 2019         McGREGOR W. SCOTT
                               United States Attorney

                               */s/ Stephen S. Cody*
                               STEPHEN S. CODY
                               Special Assistant United States Attorney
                               Attorney for Plaintiff

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED, that the sentencing and restitution hearing is continued to September 9, 2019 at 9:00 a.m. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded from the date of this order through September 9, 2019.

FOUND AND ORDERED this 19th day of August, 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE