ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS J. GOULD,<br><br>Defendant. | 2:18-cr-00132-AC<br><br>[~~Proposed~~] ORDER TO DISMISS AND RECALL BENCH WARRANT |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:18-cr-00132-AC without prejudice is GRANTED.

It is further ordered that the bench warrant is recalled.

IT IS SO ORDERED.

Dated: September 22, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE